Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000  Facsimile: (858) 597-6008

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1901 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
(310) 853-6355 Facsimile: (310) 553-5317
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPORT MUSIC, INC., | Case No. CV 11-04952 PA (MRWx) |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| CASH MONEY RECORDS, INC., et al., | Final Pretrial Conf: 06/15/12 |
| | Trial Date: 07/17/12 |
| Defendants. | |
| | HONORABLE PERCY ANDERSON |

**TO THE COURT AND ALL THE PARTIES:**

**PLEASE TAKE NOTICE** that at the parties' mediation on March 15, 2012, this entire action was resolved, subject to final, confidential written documentation, by and between Plaintiff **BRIDGEPORT MUSIC, INC.** and all Defendants **CASH MONEY RECORDS, INC.; UMG RECORDINGS, INC. individually and d/b/a UNIVERSAL MOTOWN REPUBLIC GROUP; BRYAN WILLIAMS p/k/a**

BIRDMAN; DWAYNE MICHAEL CARTER, JR. p/k/a LIL WAYNE; UNIVERSAL MUSIC DISTRIBUTION CORP.; YOUNG MONEY PUBLISHING, INC.; and WARNER TAMERLANE PUBLISHING CORP. (collectively "the Parties"), and that the Parties are in the process of preparing such final, confidential documentation. To that end, the Parties expect to have the confidential Settlement Agreement executed on or before April 1, 2012.

This Notice of Settlement documents that this case has settled so that all pending dates and deadlines may be vacated. The Parties expect to file a Stipulation of Dismissal on or about April 15, 2012.

DATED: March 19, 2012

Respectfully submitted,

KING & BALLOW

By: _____
Paul H. Duvall, Esq.
Attorneys for Plaintiff

DATED: March 19, 2012

By: _____
Cynthia S. Arato (SBN 156856)
SHAPIRO, ARATO & ISSERLES LLP
David E. Rosen (SBN 155385)
MURPHY, ROSEN, MEYLAN & DAVITT LLP
Attorneys for Defendants