**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIDGEPORT MUSIC, INC. | ) | CASE NO. CV11-04952 PA (MRWx) |
| | ) | |
| Plaintiff, | ) | **ORDER ON STIPULATION OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| CASH MONEY RECORDS, INC.; UMG | ) | |
| RECORDINGS, INC. individually and | ) | |
| d/b/a UNIVERSAL MOTOWN | ) | |
| REPUBLIC GROUP; BRYAN | ) | |
| WILLIAMS p/k/a BIRDMAN; DWAYNE | ) | |
| MICHAEL CARTER, JR. p/k/a LIL | ) | |
| WAYNE; UNIVERSAL MUSIC | ) | |
| DISTRIBUTION CORP.; YOUNG | ) | |
| MONEY PUBLISHING, INC.; WARNER | ) | |
| TAMERLANE PUBLISHING CORP. | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED AS FOLLOWS:

The claims asserted by Plaintiff in the above captioned matter are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), and without costs or attorney's fees to any party.

Dated: April 26, 2012

_____
Honorable Percy Anderson
United States District Court Judge